**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**HELENA DIVISION**

| | |
|---|---|
| GEORGIA NOBLE,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, AND JOHN DOES 1-10,<br><br>Defendants. | CV 25-83-H-WWM<br><br>ORDER DISMISSING CASE |

The Court entered an Order on June 10th, directing Ms. Noble to file a stipulation to dismiss and proposed order dismissing this case within 30 days of the entry of the Order. (Doc. 28). Ms. Noble failed to file the stipulation and proposed order by the deadline. It has been 65 days since the Court entered its Order and Ms. Noble has yet to make the required filings. Accordingly,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 14th day of August, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE